# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
Case No. 19-793V

* * * * * * * * * * * * * * * * * * * * *
JAMES G. STROUSE, *
*
Petitioner, *
v. *
*
SECRETARY OF HEALTH *
AND HUMAN SERVICES, *
*
Respondent. *
* * * * * * * * * * * * * * * * * * * * *

Chief Special Master Corcoran

Filed: August 5, 2026

*Nancy R. Meyers,* Turning Point Litigation, Greensboro, NC, for Petitioner.
*James V. Lopez,* U.S. Dept. of Justice, Washington, D.C., for Respondent.

**DECISION AWARDING DAMAGES**[1]

On May 30, 2019, James G. Strouse filed a petition seeking compensation under the National Vaccine Injury Compensation Program ("Vaccine Program").[2] Petitioner alleged that he suffered from Guillain-Barre Syndrome ("GBS") as a result of the hepatitis B vaccine administered to him on August 9, 2018. Petition (ECF No. 1). A Ruling on Entitlement was issued on February 20, 2026, finding Petitioner was entitled to compensation. Ruling on Entitlement (ECF No. 66).

On August 5, 2026, Respondent filed a Proffer on Award of Compensation ("Proffer"). ECF No. 74. The Proffer provides that Petitioner should be awarded $155,000.00 in pain and suffering. Proffer at 1. In the Proffer, Respondent represents that Petitioner agrees with the

[1] Because this decision contains a reasoned explanation for my actions in this case, I will post it on the United States Court of Federal Claims website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole decision will be available to the public. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended at 42 U.S.C. §§ 300aa-10 through 34 (2012) ("Vaccine Act" or "the Act"). Individual section references hereafter will be to § 300aa of the Act (but will omit that statutory prefix).

proffer award. *Id.* at 1—2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the Proffer, **I award Petitioner a lump sum payment of $155,000.00 (for pain and suffering) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of the Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by each filing (either jointly or separately) a notice renouncing their right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| JAMES STROUSE,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | No. 19-793V<br>Chief Special Master Corcoran<br>ECF |

**RESPONDENT'S PROFFER OF DAMAGES**

On May 30, 2019, James Strouse ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), as amended, alleging that he developed Guillain-Barre Syndrome ("GBS") as a result of a hepatitis B vaccine administered to him on August 9, 2018. Petition at 1 (ECF No. 1). On May 19, 2022, the Secretary of Health and Human Services ("respondent") filed his Rule 4(c) report setting forth his position that this case was not appropriate for compensation. ECF No. 39. On February 20, 2026, the Court issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation. ECF No. 66.[1]

## I. Items of Compensation

Based on the evidence of record, respondent proffers that petitioner should be awarded **$155,000.00** in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

[1] The parties have no objection to the amount of the proffered award of damages. However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(f), to seek review of the Court's February 20, 2026 Ruling on Entitlement, finding petitioner entitled to an award under the Vaccine Act. This right accrues following the issuance of the damages decision.

This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. Form of the Award/Recommended Payment

The parties recommend that the compensation provided to petitioner should be made through one lump sum payment as described below and request that the Chief Special Master's decision and the Court's judgment award the following:[2]

A lump sum payment of **$155,000.00** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, James Strouse.

Petitioner is a competent adult. Proof of guardianship is not required in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

JENNIFER L. REYNAUD
Assistant Director
Torts Branch, Civil Division

[2] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

*/s/ James V. Lopez*
JAMES V. LOPEZ
Assistant Director
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Phone: (202) 616-4310

August 5, 2026

Email: james.lopez@usdoj.go

**CERTIFICATE OF SERVICE**

I certify that today, August 5, 2026, a copy of the foregoing was served by electronic mail to petitioner's counsel of record.

*/s/ James V. Lopez*